**Fill in this information to identify your case:**

Debtor 1: Shawn D Gardiner

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 22-12871-MDC

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
  _____ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?
   - ☑ No. Go to line 2.
   - ☐ Yes. Does Debtor 2 live in a separate household?
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

   NOV 8 2022

2. Do you have dependents?
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   - ☐ No
   - ☑ Yes. Fill out this information for each dependent..........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | SON | 25 | ☐ No ☑ Yes |
   | SON | 20 | ☐ No ☑ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   - ☑ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.                                   4. $ 1847.62

   If not included in line 4:
   4a. Real estate taxes                                                                                                                  4a. $_____
   4b. Property, homeowner's, or renter's insurance                                                             4b. $_____
   4c. Home maintenance, repair, and upkeep expenses                                                    4c. $_____
   4d. Homeowner's association or condominium dues                                                        4d. $_____

Debtor 1  **Shawn D Gardiner**                          Case number *(if known)* 22-12871-MDC
         First Name  Middle Name  Last Name

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans          5.  $ 0

6. **Utilities:**
   - 6a. Electricity, heat, natural gas                                                     6a. $ 600.00
   - 6b. Water, sewer, garbage collection                                                   6b. $ 29.99
   - 6c. Telephone, cell phone, Internet, satellite, and cable services                     6c. $ 45.00
   - 6d. Other. Specify: _____                                             6d. $ 0

7. **Food and housekeeping supplies**                                                       7.  $ 355.00

8. **Childcare and children's education costs**                                             8.  $ 0

9. **Clothing, laundry, and dry cleaning**                                                  9.  $ 0

10. **Personal care products and services**                                                 10. $ 0

11. **Medical and dental expenses**                                                         11. $

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                                            12. $ 400.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**                  13. $ 0

14. **Charitable contributions and religious donations**                                    14. $ 0

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance                                                                   15a. $ 0
    - 15b. Health insurance                                                                 15b. $ 0
    - 15c. Vehicle insurance                                                                15c. $ 200.00
    - 15d. Other insurance. Specify: _____                                 15d. $ 0

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                                         16  $ 0

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1                                                       17a. $ 440.00
    - 17b. Car payments for Vehicle 2                                                       17b. $ 170.00
    - 17c. Other. Specify: _____                                           17c. $ 0
    - 17d. Other. Specify: _____                                           17d. $ 0

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $ 0

19. **Other payments you make to support others who do not live with you.**
    Specify: _____                                                         19. $ 0

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property                                                      20a. $ 0
    - 20b. Real estate taxes                                                                20b. $ 0
    - 20c. Property, homeowner's, or renter's insurance                                     20c. $ 0
    - 20d. Maintenance, repair, and upkeep expenses                                         20d. $ 0
    - 20e. Homeowner's association or condominium dues                                      20e. $ 0

Debtor 1   Shawn D Gardiner
           First Name    Middle Name    Last Name

Case number *(if known)* 22-12871-MDC

21. **Other.** Specify: _____     21.  +$ _____ 0

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                          22a.  $ _____ 2239.99

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.  $ _____

    22c. Add line 22a and 22b. The result is your monthly expenses.      22c.  $ _____ 2239.99

23. **Calculate your monthly net income.**

    23a.  Copy line 12 *(your combined monthly income)* from *Schedule I*.    23a.  $ _____ 2,155.00

    23b.  Copy your monthly expenses from line 22c above.                    23b. –$ _____ 2239.99

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*                           23c.  $ _____ -84.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes:   Explain here: I expect a mortgage forbearance or modification in 12 mo.

Official Form 106J                      **Schedule J: Your Expenses**                          page 3